Baltz & Guymon, for appellant; Louis Beasley, for appellee. Opinion by PRESIDING JUSTICE SCHEINEMAN. **Not to be published in full.** Opinion filed May 10, 1954; released for publication June 3, 1954.

Henry Bauer, Sr., Henry Bauer, Jr., Joseph L. Bauer and Marcus Bauer, Trading as Belleville Sheet Metal Works, Plaintiffs-Appellees, v. Margaret Smith, Defendant-Appellant.

Term No. 54–F–5.  (Abstract of Decision.)

Marvin Barnes, for appellant; John R. Sprague, for appellees. Opinion by JUSTICE BARDENS. **Not to be published in full.** Opinion filed May 10, 1954; released for publication June 3, 1954.

Carl Moore and Evelyn Moore, Appellees, v. Bernard Miller, Appellant.

Gen. No. 46,227.  (Abstract of Decision.)